ACCEPTED
03-14-00605-CR
7766292
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/10/2015 2:04:21 PM
JEFFREY D. KYLE
CLERK

CAUSE No. 03-14-00605-CR

IN THE COURT OF APPEALS
FOR THE THIRD COURT OF APPEALS DISTRICT
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/10/2015 2:04:21 PM
JEFFREY D. KYLE
Clerk

HOWARD THOMAS DOUGLAS,
Appellant,

VS.

THE STATE OF TEXAS,
Appellee.

On appeal from Cause No. D-1-DC-12-900059,
in the 331st Judicial District Court,
Travis County, Texas

## EMERGENCY MOTION TO WITHDRAW AS COUNSEL FOR APPELLANT

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Craig M. Price, counsel for Appellant Howard Thomas Douglas, and files this his **Emergency Motion to Withdraw As Counsel For Appellant,** and respectfully shows this Court the following:

### I.

### STATUS OF APPELLATE SCHEDULE

1. Movant is attorney of record for Appellant Howard Thomas Douglas, and was retained to represent Appellant at trial and on appeal.

2. Movant perfected the appeal, filed Appellant's Brief and filed Appellant's Reply Brief in response to the Appellee's Brief filed by the State.

COUNSEL'S EMERGENCY MOTION TO WITHDRAW                    PAGE 1

3. All briefs have been timely filed, and this matter has been submitted and is ready for disposition on the briefs. Therefore, the parties are simply awaiting a judgment and opinion from the Court of Appeals.

## II.

## MOVANT SEEKS TO WITHDRAW TO AVOID FINANCIAL HARDSHIP

4. Movant seeks to withdraw from his representation of Appellant in order to avoid a financial hardship.

5. Movant has recently accepted a position to work with the Grayson County District Attorney's Office and will commence work at the District Attorney's Office on November 19, 2015. Movant is a single father with primary custody of four minor children, and Movant is the sole source of income for Movant and his four minor children. Movant's current employment is not sufficient to provide Movant and his dependents with the steady financial security necessary for a family of its size. If Movant is not allowed to withdraw from representation of Appellant in this matter, Movant most likely will have to forfeit his new position with the Grayson County District Attorney's Office, which will impose an extreme financial hardship on Movant and his dependents.

6. Conversely, withdrawal can be accomplished without material adverse effect on the interests of the client. The only obligation remaining for

Appellant's counsel, should a judgment be rendered that is adverse to Appellant, is to comply with Tex. R. App. P. 48.4, by sending notice of the judgment and opinion to Appellant and apprising him of his right to file a *pro se* petition for discretionary review under Tex. R. App. P. 68 with the Texas Court of Criminal Appeals.

7. Movant and Appellant entered into a written fee agreement regarding the trial and the appeal of this matter, but Appellant has not paid the entirety of the fee agreement. If Appellant is not able to retain an attorney to represent him during the short remainder of this matter, it is reasonable to assume that this Court could remand the matter of whether Appellant is indigent to the trial court for a determination of whether Appellant is entitled to a court-appointed attorney, and any expense to Travis County, Texas – given the status of the case at this time – would be minimal.

8. This withdrawal is not sought for the purposes of delay, but so that justice can be done.

9. **The last known address for Howard Thomas Douglas is 5729 Lebanon Road, suite 144-155, Frisco, Texas 75034.**

10. There currently are **NO PENDING DEADLINES** in this matter.

11. A copy of this motion has been delivered to Appellant Howard Thomas Douglas at his last known address, and Appellant was thereby notified in writing of his right to object to this motion.

## III.

## MOVANT SEEKS EMERGENCY RELIEF

12. Movant respectfully moves this Court to treat this Motion to Withdraw as an Emergency Motion to Withdraw, as permitted by Tex. R. App. P. 10.3(a)(3), and dispense with the ten (10) day waiting period typically accorded motions before the Court of Appeals. *See* Tex. R. App. P. 10.3(a).

13. Movant submits that **this matter constitutes an emergency because Movant is scheduled to begin his new employment with the Grayson County District Attorney's Office on November 19, 2015**, and, unless this Court designates this matter as an emergency and rules before the expiration of ten days after the motion was filed, it is highly likely that no decision will be reached before November 19, 2015, and Movant very well may have to forfeit his new position with the District Attorney's Office, thereby causing Movant to suffer extreme financial hardship.

14. Based on the foregoing, Movant respectfully moves this Court to treat this matter as an emergency motion to withdraw, to forego the ten-day waiting period before ruling and to rule as soon as possible but at least before November 19, 2015.

# IV.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Movant Craig M. Price respectfully moves this Court to grant Movant's emergency motion to withdraw as counsel for Appellant without waiting ten (10) days for either Appellant or the State to file a response, and to grant Movant's motion to withdraw as counsel for Appellant. Movant further seeks such other relief to which he may be entitled, at law or in equity.

Respectfully submitted,

/S/ Craig M. Price
Craig M. Price
State Bar No. 16284170
cmp@hammerle.com
Hammerle Finley Law Firm
2871 Lake Vista Dr., Suite 150
Lewisville, Texas 75067
Tel: (972) 436-9300
Fax: (972) 436-9000
Attorney for Appellant

## NOTICE TO CLIENT

This is to notify you that this Motion for Withdrawal of Counsel may be set for hearing at the time and place stated at a later date. You do not have to agree to this motion and if you contest the withdrawal of Craig M. Price as attorney in this cause, you should either appear at the hearing or object in writing. If you do not oppose Craig M. Price's withdrawal as attorney of record in this case, you may appear in court, in writing, and inform the judge that you agree with this Motion.

/S/ Craig M. Price
Craig M. Price

## CERTIFICATE OF CONFERENCE

I certify that Movant attempted to confer with counsel for the State of Texas, on November 6, 2015, via e-mail, regarding the merits of this Motion, but was unable to confer with the State.

I certify that Movant attempted to confer with Appellant via telephone on November 5 and November 6, 2015, by telephone, but was unable to confer with Appellant regarding the merits of this Motion.

/S/ Craig M. Price
Craig M. Price

## VERIFICATION

STATE OF TEXAS                    §
                                  §
COUNTY OF DENTON                  §

BEFORE ME, the undersigned Notary Public, on this day personally appeared CRAIG M. PRICE, who being by me duly sworn on his oath deposed and said that he is the Attorney for Howard Thomas Douglas, in the above entitled and numbered cause; that he has read the above and foregoing motion, and that every statement contained therein is within his personal knowledge and is true and correct.

Craig M. Price

SUBSCRIBED AND SWORN TO BEFORE ME on the 6th day of November, 2015, to certify which witness my hand and official seal.

Notary Public, State of Texas

## CERTIFICATE OF SERVICE

This is to certify that on November 6, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Travis County, PO Box 1748, Austin, Texas 78767, by e-service, and on Appellant, via e-mail at his personal e-mail address.

/S/ Craig M. Price
Craig M. Price